THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN:254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KLINE TRADING, LLC, and SEARIDGE LIMITED PARTNERSHIP<br><br>    Petitioners,<br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE<br><br>    Respondent. | Case No.: SA CV 07-856 JVS(ANx)<br><br>**JUDGMENT** |

The Court has considered Petitioners' objections to the tendered form of Judgment, and has found them without merit.

For the reasons set forth in the order denying the petition to quash and granting the cross-petition to enforce the IRS summonses (docket 31 dated February 14, 2008), the petition to quash the summons issued to Joseph Collins is denied and the Government's request to enforce the summons under 26 U.S.C. § 7609(b)(2)(A) is granted.

Accordingly, Joseph Collins is ordered to produce the documents demanded

by the summons no later than 15 days after the entry of this order and ordered to make himself available to the provide the summoned testimony at a date, time, and place to be set by the Internal Revenue Service.

IT IS SO ORDERED.

Dated: March 6, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE